# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

JOEL DEFFEBAUGH, ET AL.

VERSUS

VALERO REFINING-MERAUX LLC;
VALERO SERVICES INC; VALERO
PARTNERS LOUISIANA, LLC;
VALERO PARTNERS MERUAX LLC;
TURNER SPECIALTY SERVICES,
L.L.C; TURNER INDUSTRIES
ENERGY SERVICES, LLC; TURNER
INDUSTRIES GROUP, L.L.C.,
AND JOHN DOE INSURER

NO.   2024 CW 1146

FEBRUARY 26, 2025

---

In Re:    Elite Turnaround Specialists, Ltd, applying for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 718626.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

    **WRIT DENIED.** The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878
(La. 1981) (*per curiam*), are not met.

EW

SMM

    **Greene, J.,** dissents.  I find the plaintiffs failed to meet
their burden of proof on the motion *in limine*, thus, I would have
denied the motion.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT